No. 6311.—Rodríguez, apldo., *v.* Nadal Freyre Vda. de Del Moral, sustituída por su Administrador Judicial, Martínez, aplte.— C. D. Mayagüez. Abril 18, 1933.

(Por la corte, a propuesta del Juez Asociado Sr. Aldrey.)

Por cuanto, uno de los motivos alegados para que desestimemos esta apelación es por ser frívola;

Por cuanto, el demandante reclama de la representación legal de doña Carmen Nadal y Freyre Vda. de Del Moral el pago de $500 más intereses como resto de $900 a que ascendía su crédito;

Por cuanto, según la sentencia concordante con la demanda, en el expediente sobre incapacidad y nombramiento de tutor de doña Carmen Nadal y Freyre Vda. de Del Moral la Corte de Distrito de Mayagüez autorizó al tutor de dicha señora para que suministrase $25 semanales para alimentos de sus nietos apellidados Martínez y Moral, alimentos que durante treinta y seis semanas suministró el

demandante dueño de una casa restaurante, cuyo valor total fué de $900 a cuenta de los cuales le han sido pagados $400;

Por cuanto, la parte demandada no negó en su contestación que el demandante suministró dichos alimentos a los expresados menores, aunque dice que esa deuda fué contraída por el padre de los menores y que los abonos hechos por el tutor fueron para solventar esa deuda del padre de los menores;

Por cuanto, examinada la prueba encontramos que sostiene la sentencia apelada por lo que esta apelación es frívola;

Por tanto, desestimamos la presente apelación por el motivo expresado.